# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| PABLO QUINTERO-RODRIQUEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case Number: 1:13-cv-02333-KOB-JHE |
| | ) |
| JOHN T. RATHMAN, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MEMORANDUM OPINION

On January 24, 2017, the magistrate judge entered a Report and Recommendation, (doc. 14), recommending that the court dismiss this petition for writ of habeas corpus. No party has file any objections.

After considering the entire file in this case de novo, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DISMISSED**.

This court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further," *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This court finds Petitioner's claims do not satisfy either standard.

The court will enter a separate Final Order of Dismissal.

DONE and ORDERED this 7th day of March, 2017.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE